(52 South. 537.)

No. 18,068.

### MADERE et al. v. ALEXANDRE.

(Feb. 14, 1910. On the Merits, May 23, 1910.)

Appeal from Twenty-Eighth Judicial District Court, Parish of St. John the Baptist; Prentice E. Edrington, Judge.

Action by Joseph Madere and Louis S. Vilemont against Edmond Alexandre. Judgment for defendant, and plaintiffs appeal. Reversed and remanded.

James Wilkinson, for appellants. James Legendre, for appellee.

LAND, J. For the reasons assigned in the opinion in the case of the same plaintiffs v. Charles Alexandre (No. 18,067, this day handed down) 52 South. 535, ante, p. 342, it is ordered that the motion to dismiss be overruled.

#### On the Merits.

PROVOSTY, J. For the reasons assigned in the opinion in the case of the same plaintiffs against Charles Alexandre (No. 18,067, this day handed down) 52 South. 535, ante, p. 342.

Judgment set aside, exceptions overruled, and case remanded to be proceeded with according to law. The defendant and appellee to pay costs of appeal.